# United States Bankruptcy Court
## Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Terry J. Norton**<br>149 Seaver<br>Hubbardston, MI 48845<br>SSN: xxx–xx–8796<br><br>**Debtor(s)** | **Case Number 06–03378–jdg**<br><br>**Chapter 13**<br><br>**Honorable James D. Gregg** |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Mary K. Viegelahn Hamlin is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The chapter 13 case of the above named debtor(s) is closed.

**Dated: September 19, 2008**

**Address of the Bankruptcy Clerk's Office:**         **Honorable James D. Gregg**
One Division Ave., N.                                 Bankruptcy Judge
Room 200
Grand Rapids, MI 49503